IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART N. ABRAMSON, | ) |
| | ) CASE NO. 2:13-cv-01495-AJS |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) HONORABLE ARTHUR J. SCHWAB |
| LIFEWATCH, INC., LIFEWATCH SECURITY, INC. AND HARMONIOUS ENTERPRISES, INC. (each doing business as LifeWatch USA and as Home Health Alert) | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) **ELECTRONICALLY FILED** |

## ORDER

AND NOW, this *12th* day of December, 2013 upon review of Defendants' Unopposed Motion for Extension of Time to Finalize Settlement, it is hereby ORDERED that the Unopposed Motion is GRANTED. Defendants shall complete the settlement process, including forwarding their proposed Release and finalizing payment to Plaintiff's counsel, on or before January 4, 2014.

*Arthur J. Schwab*
United States District Judge