IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART N. ABRAMSON, | ) |
| Plaintiff | ) CASE NO. 2:13-cv-01495-AJS ) ) |
| vs. | ) ) |
| LIFEWATCH, INC., LIFEWATCH SECURITY, INC. AND HARMONIOUS ENTERPRISES, INC. (each doing business as LifeWatch USA and as Home Health Alert) | ) HONORABLE ARTHUR J. SCHWAB ) ) ) ) |
| Defendants. | ) ) |
| | ) **ELECTRONICALLY FILED** |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that any and all of Plaintiff's claims against Defendants in the above-captioned case are **HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

DATED: 3-7-14

By: _____
Clayton S. Morrow, Esquire
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA  15219
(412) 281-1250
*Counsel for Plaintiff*

By: _____
John G. Ebken, Esquire
PA ID #91031
Mark Golen, Esquire
PA ID #91234
Gordon & Rees, LLP
707 Grant Street, 38th Floor
Pittsburgh, PA  15219
*Counsel for Defendants,*
*LifeWatch, Inc., LifeWatch Security, Inc. and Harmonious Enterprises, Inc. (each doing business as LifeWatch USA and Home Health Alert)*